# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **Certain Underwriters at Lloyd's London** | § | |
| **Subscribing to** | § | |
| **Certificate No. WHP000080728005,** | § | |
| **Plaintiffs,** | § | |
| **v.** | § | **Civil Action No.** |
| | § | |
| **Misty R. Moran, Jacob C. Moran,** | § | **SA-10-CV-0529 NN** |
| **Wells Fargo Bank, NA,** | § | |
| | § | |
| **Defendants.** | § | |
| _____ | § | |
| **Wells Fargo Bank, NA,** | § | |
| | § | |
| **Cross-Claimant,** | § | |
| **v.** | § | |
| | § | |
| **Jacob C. Moran, & Misty R. Moran,** | § | |
| | § | |
| **Cross-Defendants.** | § | |

## <u>Dismissal Order</u>

This case was filed by plaintiff Certain Underwriters at Lloyd's London (Lloyd's) against defendants Misty and Jacob Moran and Wells Fargo Bank, NA, (the Bank).[1] Lloyd's filed the lawsuit to resolve a dispute over entitlement to money paid to the Morans as Lloyd's insured for damage from a home fire.  Lloyd's asked the court to adjudicate claims for the insurance money and asked for attorney fees.

_____

[1]Docket entry # 1.

The Bank is the Morans' mortgage holder.  The Bank answered and filed a cross-claim against the Morans complaining that the Morans failed to repair the mortgaged home.  The Bank asked for the insurance money for disbursement in accordance with the deed of trust.[2]

Since that time, the parties resolved their dispute over entitlement to the insurance pay-out.[3]  Under the agreed resolution, the insurance money was released to the Bank and the Morans for disbursement in accordance with the deed of trust[4] so the Morans can repair the mortgaged property.  The Bank withdrew its cross-claim.[5]  The court denied Lloyd's request for attorney fees.[6]  With those matters resolved, no issues remain for adjudication.  Accordingly, I dismiss this case.  The parties shall bear their own costs.

**SIGNED** on October 24, 2011.

*Nancy Stein Nowak*

NANCY STEIN NOWAK
UNITED STATES MAGISTRATE JUDGE

---

[2]Docket entry # 5.

[3]Docket entry # 26.

[4]Docket entry # 30.

[5]Docket entry # 28.

[6]Docket entry # 29.