UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **Certain Underwriters at Lloyd's London Subscribing to Certificate No. WHP000080728005,** | § § § § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. |
| | § | |
| **Misty R. Moran, Jacob C. Moran, Wells Fargo Bank, NA,** | § § | SA-10-CV-0529 NN |
| | § | |
| Defendants. | § | |
| **Wells Fargo Bank, NA,** | § § | |
| Cross-Claimant, | § | |
| v. | § § | |
| **Jacob C. Moran, & Misty R. Moran,** | § § | |
| Cross-Defendants. | § § | |

## Dismissal Order

This case was filed by plaintiff Certain Underwriters at Lloyd's London (Lloyd's) against defendants Misty and Jacob Moran and Wells Fargo Bank, NA, (the Bank).[1] Lloyd's filed the lawsuit to resolve a dispute over entitlement to money paid to the Morans as Lloyd's insured for damage from a home fire. Lloyd's asked the court to adjudicate claims for the insurance money and asked for attorney fees.

---

[1]Docket entry # 1.

1

The Bank is the Morans' mortgage holder. The Bank answered and filed a cross-claim against the Morans complaining that the Morans failed to repair the mortgaged home. The Bank asked for the insurance money for disbursement in accordance with the deed of trust.[2]

Since that time, the parties resolved their dispute over entitlement to the insurance pay-out.[3] Under the agreed resolution, the insurance money was released to the Bank and the Morans for disbursement in accordance with the deed of trust[4] so the Morans can repair the mortgaged property. The Bank withdrew its cross-claim.[5] The court denied Lloyd's request for attorney fees.[6] With those matters resolved, no issues remain for adjudication. Accordingly, I dismiss this case. The parties shall bear their own costs.

**SIGNED** on October 24, 2011.

_____
NANCY STEIN NOWAK
UNITED STATES MAGISTRATE JUDGE

---

[2] Docket entry # 5.

[3] Docket entry # 26.

[4] Docket entry # 30.

[5] Docket entry # 28.

[6] Docket entry # 29.